BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
CHRISTOPHER W. DEMPSEY
Assistant Director, District Court Section
TROY D. LIGGETT
Trial Attorney (DCBN 995073)
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
202-532-4765; 202-305-7000 (fax)
troy.liggett@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIETTA CEGUERRA BOWLEY, et al., ) <br>        Plaintiffs, ) <br>     v. ) <br> ) <br> JEH JOHNSON, et al., ) <br>        Defendants. ) <br> _____ ) | Case No.: 16-cv-03392-JST <br><br> **STIPULATION TO ENLARGE ANSWER DEADLINE BY 60 DAYS UNDER LOCAL RULE 6-1(a) TO NOVEMBER 22, 2016** |

In accordance with Local Rule 6-1(a), the parties hereby stipulated to extend the time within which Defendants shall answer or otherwise respond to Plaintiffs' complaint by 60 days, up to and including November 22, 2016.  The parties request the additional time to potentially settle the case without expending further resources of the Court or the parties.

The parties' stipulation will not alter the date of any event or any deadline already fixed by Court order.  On September 13, 2016, the Court set the deadline to file the Case Management Statement by December 5, 2016, for the Initial Case Management Conference scheduled for December 14, 2016.  Dkt. No. 12.

This is the first request to extend Defendant's deadline to answer the Complaint, and will not prejudice either party.

1

DATED:  September 28, 2016

/s/ Ben Loveman

BEN LOVEMAN
Reeves Miller Zhang & Diva, APLC
388 Market Street, Suite 1080
San Francisco, CA 94111
(415) 568-3799
(415) 568-3799 (facsimile)
bloveman@rreeves.com

Attorney for Plaintiffs

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

CHRISTOPHER W. DEMPSEY
Assistant Director, District Court Section
Office of Immigration Litigation

BY:  /s/ Troy D. Liggett

TROY D. LIGGETT
DC BN 9950973
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4765
(202) 305-7000 (facsimile)
troy.liggett@usdoj.gov

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 28, 2016

United States District Court Judge